IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Criminal Case No. **3:09-CR-45-L** |
| | § | |
| **JEFFREY BURNS**, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| AND | § | |
| | § | |
| **BILL K. HYMES, *et al.*,** | § | |

Garnishees.

## ORDER

Before the court is Defendant's Claim for Exemptions, Request for Hearing, and/or Request for Transfer (Doc. 35), filed April 10, 2014.  The claim was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 21, 2014, recommending that it be denied because no exemption applies to Plaintiff's garnishment of rent payments to Defendant.  No objections to the Report were received as of the date of this order.

After reviewing the claim, file, record, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. The court therefore **denies** Defendant's Claim for Exemptions, Request for Hearing, and/or Request for Transfer (Doc. 35).

**Order – Page 1**

**It is so ordered** this 17th day of June, 2014.

                                                Sam A. Lindsay
                                                United States District Judge